# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ANGEL O. IRIZARRY-CENTENO,
Petitioner

v.

UNITED STATES OF AMERICA
Defendant

**CASE NUMBER:** 03-1490(HL)

---

**ORDER**

    Before the Court is Chief Magistrate Judge Justo Arenas' Report and Recommendation of October 19, 2004 (Docket No. 10). In his Report and Recommendation Magistrate Arenas recommends that petitioner Irizarry-Centeno's section 2255 habeas corpus petition be dismissed. As of today, petitioner has not filed objections to the Report and Recommendation. After a careful review of the record the Court finds no reason to disturb Magistrate Arenas' well-reasoned Report and Recommendation. Therefore, the Court hereby **APPROVES** and **ADOPTS** the Magistrate Judge's Report and Recommendation in its entirety. Irizarry-Centeno's section 2255 habeas corpus petition is hereby **DENIED**, and the case is **DISMISSED** in its entirety. Judgment shall be entered accordingly.

---

                                      S/ HECTOR M. LAFFITTE
**Date 11/10/04**                  U.S. District Judge