IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL O. IRIZZARY-CENTENO, )
) File No. G5-93-X054 TF2
versus ) SSN 583-
)
United States of America, et al. )

MOTION: Request Return of Assets ($20,105.00)
Manager's Check #1417533 U.S. Currency

Comes now, Angel O. Irizarry-Centeno and makes this motion for the return of money taken from same on September 18, 1993 at Luis Munoz International Airport, Carolina, Puerto Rico. Irizarry-Centeno avers as follows:

1) Irizarry-Centeno's receipt states that $11,099.00 was taken from him.

2) Irizarry-Centeno was not charged with any illegal activities and there were no criminal charges brought against him.

3) Shortly thereafter, Irizarry-Centeno was arrested and placed in prison on other charges. Case No. JSC93G0576.

4) Irizarry-Centeno has received no Notice of Forfeiture as to the money, nor any Notice of Intent by the government.

5) The same is imprisoned in U.S.P. Atlanta at this time, serving a life sentence (Case No. 98-00175 (HL)).

6) The same requests that the money be returned at this time.

Dated this 24 day of October, 2005.

Respectfully submitted,

Angel O. Irizarry Centeno
Angel O. Irizarry-Centeno
Reg. No. 17035-069
U.S.P. Atlanta
P.O. Box 150160
Atlanta, Georgia 30315

## Certificate of Service

I, Angel O. Irizarry-Centeno, hereby certify that on this date I have served the foregoing MOTION FOR RETURN OF ASSETS ($20,105.00) MANAGER'S CHECK #1417533 U.S. CURRENCY by placing same in the U.S. Mailbox at U.S.P. Atlanta with First-Class postage affixed and addressed as follows:

Office of U.S. Attorney
350 Carlos Chardon Street
Suite 201
San Juan, Puerto Rico 00918

Clerk of the Court
U.S. District Court Puerto Rico
150 Federal Building
San Juan, Puerto Rico 00918-1769

Dated this 24 day of October, 2005.

*Angel O. Irizarry Centeno*
Angel O. Irizarry-Centeno
Reg. No. 17035-069
U.S.P. Atlanta
P.O. Box 150160
Atlanta, Georgia 30315