AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

___

UNITED STATES OF AMERICA,

    v.

ANGEL O. IRIZARRY CENTENO

**APPEARANCE**

**CASE NUMBER: 98-175(HL)**

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the United States of America ,

    Respectfully submitted.

    In San Juan, Puerto Rico, this 20TH day of March, 2006.

H. S. GARCIA
United States Attorney
*/s Maritza González*
**MARITZA GONZALEZ**
Assistant U.S. Attorney
USDC-PR No. 208801
**Address:**
Torre Chardón, Suite 1201
350 Carlos Chardon Street
San Juan, Puerto Rico 00918
**Phone Number & Facsimile**
Phone: (787) 766-5656;
Facsimile: (787) 766-6219
**E-mail**
Maritza.Gonzalez@usdoj.gov