

## U.S. DEPARTMENT OF JUSTICE
### DRUG ENFORCEMENT ADMINISTRATION
#### OFFICE OF CHIEF COUNSEL/ASSET FORFEITURE SECTION

```
IRIZARRY-CENTENO, ANGEL O
CALLE POGOS #141 BARRIO CLAUSEL,
PONCE
PR 00730
                                    1450888
```

```
SEIZURE #: 145088    CASE #: 05935054
PROP: $20,105.00 U.S. CURRENCY
VALUE: $20105.00
SEIZURE DATE: 93 SEP 18
SEIZURE PLACE: ISLA VERDE, PR
SZD FROM: IRIZARRY-CENTENO, ANGEL O
OWNER:
JUDICIAL DIST: PUERTO RICO
BOND REQUIRED: $2010
DATE OF THIS LETTER: 08 NOV 93
DATE OF FIRST PUBLICATION: 93 NOV 17
                                    1450888
                                    1450885
```

### NOTICE OF SEIZURE

The above-described property was seized by Special Agents of the Drug Enforcement Administration (DEA) for forfeiture under Title 21, United States Code (U.S.C.), Section 881, because it was used or acquired as a result of a drug-related offense. (see Title 21, Code of Federal Regulations (C.F.R.), Section 1316.91(d) (54 Federal Register 37610-37611) for the definition of the term "drug-related offense.") The seizure date and place, as well as other pertinent information regarding the property are also shown above.

Pursuant to Title 19, U.S.C., Sections 1602-1619, and Title 21 Code of Federal Regulations (C.F.R.), Sections 1316.71-1316.81, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in it (remission or mitigation) and/or you may contest the seizure and forfeiture of the property in court. Also, under certain circumstances, you may petition for the expedited release of the property. You should review the following procedures very carefully.

### TO REQUEST REMISSION OR MITIGATION OF FORFEITURE

If you want to request the remission (pardon) or mitigation of the forfeiture, submit a petition for remission or mitigation within thirty (30) days from the receipt of this notice. Follow the regulations set forth in Title 28, C.F.R., Sections 9.1-9.7. State the facts and circumstances which you believe justify the return of the property or

return of your interest in the property. File an original petition and two copies with the DEA's Asset Forfeiture Section. No bond is necessary if only a petition is filed. Pursuant to Title 28, C.F.R., Section 9.4(c), a petition for remission or mitigation of forfeiture shall be signed and sworn to by the petitioner.

### TO CONTEST THE FORFEITURE

In addition to or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim of ownership and a cost bond with the DEA. Submit the bond in the amount shown above in the form of a cashier's check or a certified check payable to the U.S. Department of Justice, or present satisfactory surety. Claims must be signed by the parties making the claim. Unsupported submissions signed by attorneys are insufficient to satisfy the requirement that the claims be personally executed. United States v. Fifteen Thousand Five Hundred Dollars, 558 F.2d 1359, 1360 (9th Cir. 1977). If you are indigent (needy and poor) you may not have to post the bond. To request a waiver of the

bond, you must fully disclose your finances in a signed statement called a "Declaration in Support of Request to Proceed In Forma Pauperis" along with a claim of ownership of the property. Use the format of the pauperis declaration shown as Form 4 in the Appendix of Forms following Rule 48 of the Federal Rules of Appellate Procedure or obtain a form from a DEA field office. The claim of ownership, with either bond or "Declaration in Support of Request to Proceed In Forma Pauperis" must be filed within twenty (20) days of the first date of publication of the notice of seizure in the edition of the El Nuevo Dia newspaper referenced above. The notice will be published for three successive weeks.



DFA 0625

21



DFA 0625

30