

**OFFICE OF CHIEF COUNSEL
ASSET FORFEITURE SECTION
PROGRAM MANAGEMENT TEAM**



NOTICE

If the filmed image is less clear than this notice, it is due to the quality of the document being filmed.

DFA 0625

## MEMORANDUM

DATE: December 20, 1993

TO: File

FROM: Peter J. Niesing, CAPS Program Manager

SUBJECT: Rescheduling of First Publication - Puerto Rico Seizures

On November 18, 1993, George Medina, Administrative Officer for the San Juan District Office, informed me that the CCF publication notice in El Nuevo Dia was received after the required first publication date. The first date of publication was scheduled for November 17, 1993. On November 19, 1993, Paula Graham (PMT Legal Technician III) expressed mailed the request for publication to Mr. Medina. The request for publication was also faxed to the San Juan District Office. As a result of the late arrival of the request for publication, I directed Mr. Medina to place the publication in the November 24, 1993 edition of El Nuevo Dia. PMT has confirmed that the publication was made on November 24.

As a result, G5 seizure files originally placed with Ad-Code 218 have been refiled with Ad-Code 219.

Further inquiries concerning this matter should be directed to Ms. Graham on 7701.

cc: CCF/Ms. Floyd



22





DFA 0625

24