

U.S. Department of Justice
Drug Enforcement Administration



DATE: December 30, 1993

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the DRUG ENFORCEMENT ADMINISTRATION pursuant to 21 U.S.C. 881. Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property. Also, in accordance with 19 U.S.C. 1607, notice of the seizure has been published and no claims have been filed for the property within 20 days from the date of first publication of the advertisement. THEREFORE, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. 1609.

_____
Senior Attorney
Office of Chief Counsel
Asset Forfeiture Section

CC: DEA/DO: Miami, FL
    DEA/RO: San Juan, PR
    USMS:   San Juan, PR

DEA-294 (MAR. 92)                          BY: RAV    AD CODE #: 219

DFA 0625

6