April 21, 2006

Chambers of the Hon. Hector M. Laffitte
U.S. Distirct Court Judge
District of Puerto Rico
150 Federal Courthouse Bld.
San Juan, PR       00918-1767

Re: U.S. v. Gutierrz-Rentas, et. al.
    3:98-CR-175

Angel O. Irizarry-Centeno #17035-069
U.S. Penitentiary
P.O. Box 150160
Atlanta, GA    30315

Dear Honorable Judge Laffitte:

This letter is to advise the Court that I have not recv'd any response from the Government related to my motion to Return Property in the above case. Your repeated Orders that the government respond have thus far been ignored. In your last Order (dated 3/1/06) you gave the Government until 3/20/06 to response, "or face sanctions." Apparently the Court's promise of sanctions did not have the desired affect, and now Your Honor should do something more drastic lest the Government continue to flaunt the Court's Order while denying me prompt due process at same time.
   I trust Your Honor will know how to deal with this matter in the most appropriate fashion to bring about a response from the government in this case. Of course, I would suggest that the Court simply grant my motion as default judgment and order the return of my property accordingly.
   Thank you for your time and concern in this matter.

                            Respectfully,

                            *Angel O Irizarry Centeno*
                            Angel O. Irizarry-Centeno


cc:   Office of the U.S. Attorney
      San Juan, PR    00918

      File