```
MIME-Version:1.0
From:prd_docketing@prd.uscourts.gov
To:prd_docketing@prd.uscourts.gov
Bcc:prd_pretrial@prd.uscourts.gov,prd_probation@prd.uscourts.gov,PRD_H
Message-Id:<694607@prd.uscourts.gov>
Subject:Activity in Case 3:98-cr-00175-HL USA v. Gutierrez-Rentas, et
```

/PostTrial" Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

United States District Court

District of Puerto Rico

Notice of Electronic Filing

The following transaction was received from yo, entered on 11/4/2005 at 4:17 PM AST and filed on 11/4/2005

**Case Name:**    USA v. Gutierrez-Rentas, et al
**Case Number:**    3:98-cr-175
**Filer:**
**Document Number:** 190

**Docket Text:**
ORDER in re [189] Motion for Return of Property/PostTrial as to Angel O. Irizarry-Centeno (2). THE GOVERNMENT SHALL REPLY BY NOVEMBER 24, 2005. Signed by Judge Hector M Laffitte on 11/4/05. (yo, )

The following document(s) are associated with this transaction:

**3:98-cr-175-2 Notice will be electronically mailed to:**

Sonia I. Torres-Pabon    sonia.torres@usdoj.gov, lucy.pacheco@usdoj.gov

**3:98-cr-175-2 Notice will be delivered by other means to:**

```
MIME-Version:1.0
From:prd_docketing@prd.uscourts.gov
To:prd_docketing@prd.uscourts.gov
Bcc:PRD_HL@prd.uscourts.gov,lucy.pacheco@usdoj.gov,sonia.tor
Message-Id:<784671@prd.uscourts.gov>
Subject:Activity in Case 3:98-cr-00175-HL USA v. Gutierrez-R
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## United States District Court

## District of Puerto Rico

Notice of Electronic Filing

The following transaction was received from gr, entered on 3/1/2006 at 12:00 PM AST and filed on 3/1/2006

**Case Name:**     USA v. Gutierrez-Rentas, et al
**Case Number:**   3:98-cr-175
**Filer:**
**Document Number:** 191

**Docket Text:**
ORDER re [189] MOTION for Return of Property/PostTrial filed by Angel O. Irizarry-Centeno. On November 11, 2005 the Court entered an [190] Order that the government respond to defendant's Motion for Return of Property by November 24, 2005. The date came and went and the government has disregarded the Court's [190] Order. Accordingly, **the government is ordered to respond by March 20, 2006, or face sanctions**. Signed by Judge Hector M. Laffitte on 3/1/06. (gr)

The following document(s) are associated with this transaction:

**3:98-cr-175-2 Notice will be electronically mailed to:**