5/22/06
Date

U.S. District Court
Federal Bldg.
Room 150
San Juan, PR   00918-1767

Re: USA v. IRIZARRY-CENTENO   # 98-cr-175-HL

Dear Honorable Clerk:

Please find for filing my "Notice of Appeal" in the above matter related to motion for return of property. I have provided a "Certificate of Mailing and Service" as well.

I'm requesting that the Clerk of Court please forward to me a copy of the Judge's written Order/Judgment denying my motion. The electronic notice provided does not explain the basis of the Court's ruling which I need to prefect an appeal.

This is a criminal matter appeal and I have been previously granted leave to proceed IFP in this case, but if your office requires that a file again, please send the necessary forms for my use.

Thank you!

Respectfully,

Angel O. Irizarry Centeno
Angel O. Irizarry-Centeno
#17035-069
U.S. Penitentiary
P.O. Box 150160
ATlanta, GA   30315


Attachments

cc w/attchs:   U.S. Court of Appeals
               First Circuit COurt

               Office of the US Atty.

               Retained

```
MIME-Version:1.0
From:prd_docketing@prd.uscourts.gov
To:prd_docketing@prd.uscourts.gov
Bcc:Nilsa.Rivera@usdoj.gov,PRD_HL@prd.uscourts.gov,lucy.pach
Message-Id:<820699@prd.uscourts.gov>
Subject:Activity in Case 3:98-cr-00175-HL USA v. Gutierrez-R
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## United States District Court

### District of Puerto Rico

Notice of Electronic Filing

The following transaction was received from yo, entered on 4/6/2006 at 9:49 AM AST and filed on 4/6/2006
**Case Name:**      USA v. Gutierrez-Rentas, et al
**Case Number:**   3:98-cr-175
**Filer:**
**Document Number:** 195

**Docket Text:**
AMENDED ORDER in re [189] Motion for Return of Property as to Angel O. Irizarry-Centeno **Petitioner's Rule 41(g)Motion is hereby denied and ordered dismissed** . Signed by Judge Hector M Laffitte on 4/6/06. (yo, )

The following document(s) are associated with this transaction:

**3:98-cr-175-2 Notice will be electronically mailed to:**

Maritza Gonzalez     maritza.gonzalez@usdoj.gov, Nilsa.Rivera@usdoj.gov

Sonia I. Torres-Pabon     sonia.torres@usdoj.gov, lucy.pacheco@usdoj.gov