UNITED STATES DISTRICT COURT

DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Respondent,

vs.

    Misc. No. 98-175(HL)

ANGEL O. IRIZARRY-CENTENO,

    Defendant/Movant

---

### NOTICE OF APPEAL

---

NOTICE IS HEREBY GIVEN that Angel O. Irizarry-Centeno, the defendant pro se in the above matter, appeals to the First Circuit Court of Appeals the District Court's Order/Judgment denying Irizarry's motion for return of property on March 6, 2006 (Notice of Judgment attached). Irizarry recieved notice of judgment on May 17, 2006, which is dated May 10, 2006. No Court Order/Opinion was sent to Irizarry aside from copy of "Notice of Electronic Filing".

DONE this 18th day of May, 2006.

*Angel O. Irizarry Centeno*
Angel O. Irizarry-Centeno

(Page 1)

CERTIFICATE OF MAILING AND SERVICE

I, Angel O. Irizarry, do hereby state under penalty of perjury that I have this day served and mailed the attached "Notice of Appeal" in case # 98-cr-175-HL by depositing the same with prison legal mailroom staff with 1st class prepaid postage affixed and addressed as follows:

U.S. Court of Appeal
First Circuit COurt
1 Court House Way  Suite 2500
Boston, MA 02210

U.S. District Court
District of PR
Federal Bldg.
Room 150
San JUan, PR    00918-1767

Office of the US Attorney
District of PR
250 Carlos Chardon Street
Suite 1201
Hato Rey, PR    00918

Done this 22 day of May, 2006.

*Angel O Irizarry Centeno*
Angel O. Irizarry-Centeno
#17035-069
U.S. Penitentiary
P.O. Box 150160
Atlanta, GA   30315

(Page 2 of 2 pags)