UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

DATE:   June 22, 2006

DC #:   98-175  (HL)
Related USCA Cases  #05-1304, 06-1418

| | | | |
|---|---|---|---|
| **APPEAL FEE PAID:** | YES ___ | NO  **X** | |
| **CASE CAPTION:** | USA   v. | Gutiérrez-Rentas | |
| | Defendant: | Angel O. Irizarry-Centeno  (2) | |
| **IN FORMA PAUPERIS:** | YES ___ | NO  **X** | |
| **MOTIONS PENDING:** | YES ___ | NO  **X** | |
| **NOTICE OF APPEAL FILED BY:** | | Defendant | |
| **APPEAL FROM:** | | Order entered on 04/19/06 | |
| **SPECIAL COMMENTS:** | | Copies of original documents | |

INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:

| DOCUMENTS: | VOLUMES: |
|---|---|
| Docket Entries    189-198 | I |

(Docket Entries   1-196, 132,176-179/Transcripts, 156/PSR certified on 05/17/06; refer to USCA Cases #05-1304, 06-1418)

I HEREBY certify that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:
Received By:  _____
USCCA #:   _____

s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk