**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,
  Plaintiff

v.

ANGEL O. IRIZARRY-CENTENO,
  Defendant.

Criminal No. 98-175 (HL)

**ORDER**

This matter is before the Court on the United States Court of Appeals for the First Circuit's order of July 12, 2006. (Dkt. No. 200). As it appears that Defendant Angel O. Irizarry-Centeno mailed his notice of appeal from prison within the thirty day time period prescribed in Fed.R.App.P. 4(c), the Court shall enlarge Defendant Irizarry-Centeno's time for appeal. Accordingly, the Court deems Defendant Irizarry-Centeno's notice of appeal (Dkt. No. 198) to have been timely filed.

The Clerk of the Court shall serve the Court of Appeals for the First Circuit with a certified copy of this order in USCA Case No. 06-1974 forthwith.

**IT IS SO ORDERED**.

San Juan, Puerto Rico, July 24, 2006.

                                                           S/ HECTOR M. LAFFITTE
                                                           United States District Judge