# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Supplemental Record to the Court of Appeals</u>

DATE:   July 31, 2006

DC #:   98-175  (HL)

CCA #:  06-1974

CASE CAPTION:       USA     v.      Gutiérrez-Rentas
                    Defendant:      Angel O. Irizarry-Centeno  (2)

SPECIAL COMMENTS:   Copies of original documents

INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:

DOCUMENTS:                                          VOLUMES:

**Docket Entry   201**                                  I

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the supplemental record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court


S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:

Received By:   _____
USCCA #:       _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk