IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.

[2] ANGEL O. IRIZARRY-CENTENO,
a.k.a. "Chamorro,"

Defendants.

**SUPERSEDING INDICTMENT**
Criminal No. 98- 175 (HL)

**VIOLATION:** Title 21,
United States Code, Sections
841 (a) (1) and 846;

THE GRAND JURY CHARGES:

### COUNT ONE

On or about 1993 and up to October 17, 1997, in Juana Diaz, Ponce, San Juan, in the District of Puerto Rico and elsewhere, and within the jurisdiction of this Court, the defendants herein and others known and unknown to the Grand Jury including but not limited to:

[2] ANGEL O. IRIZARRY-CENTENO,
a.k.a. "Chamorro,"

did knowingly, willfully, unlawfully, and intentionally, combine, conspire, confederate and agree together with Edwin Gutierrez Rentas, Ramón Ortiz Santana, a.k.a. "Pito Nariz," Nixida Martínez Ruiz and with divers other persons to the Grand Jury known and unknown, to commit offenses against the United States, to wit: to knowingly and intentionally possess with the intent to distribute heroin, a Schedule I, Narcotic Drug Controlled Substance which amounts exceeded one (1) kilogram of heroin, and cocaine, a Schedule II, Narcotic Drug Controlled Substance, which amounts exceeded five (5) kilograms of cocaine, that is, conspiracy to violate Title 21, United States

EXHIBIT A

U.S. v. Angel O. Irizarry Centeno
Superseding Indictment
Page Number 2

Section 841(a) (1). All in violation of Title 21, United States Code, Section 846.

## I. OBJECTS OF THE CONSPIRACY

The objects of said conspiracy were, among others:

1. The purchase of controlled substances for further distribution in the South Coast of Puerto Rico.

2. To distribute controlled substances, including cocaine and heroin, at the drug point (known as "punto") located at the Ernesto Ramos Antonini Public Housing Project in the Municipality of Ponce, Puerto Rico, for financial gain and profit.

3. To possess and carry firearms in order to protect their persons and the drug point ("punto") against other drug trafficking organizations or law enforcement personnel.

4. To maintain all the members of the conspiracy informed of each others drug trafficking activities.

## II. MEANS AND MANNER OF THE CONSPIRACY

During pertinent times of the conspiracy, Edwin Gutierrez Rentas supplied heroin to Angel O. Irizarry Centeno, a.k.a. "Chamorro," Ramón Ortiz Santana a.k.a. "Pito Nariz," and others. During pertinent times of the conspiracy, Miguel Gonzalez-Sanchez, un-indicted herein, and others supplied cocaine to a person known to the Grand Jury. The heroin and cocaine were later distributed at the drug point *(punto)* located in the Ernesto Ramos Antonini Public Housing Project.

## III. OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance of this conspiracy and to effect and accomplish the objects of it, one or more of the co-conspirators committed, among others, the following overt acts, in the

*11993*

U.S. v. Angel O. Irizarry Centeno
Superseding Indictment
Page Number 3

District of Puerto Rico or elsewhere and within the jurisdiction of this Court.

1. During pertinent times of this conspiracy, Edwin Gutierrez Rentas supplied heroin to Angel O. Irizarry Centeno, a.k.a. "Chamorro," Ramon Ortiz Santana, a.k.a. "Pito Nariz."

2. During pertinent times of this conspiracy, Angel O. Irizarry Centeno, a.k.a. "Chamorro," Ramon Ortiz Santana, a.k.a. "Pito Nariz," and a person known to the Grand Jury distributed heroin and cocaine at the Ernesto Ramos Antonini Public Housing Project.

3. During pertinent times of this conspiracy, Miguel Gonzalez Sánchez, un-indicted herein, supplied cocaine to a person known to the Grand Jury.

4. During pertinent times of this conspiracy a person known to the Grand Jury delivered the proceeds obtained from the sale of narcotics at the Ernesto Ramos Antonini drug point to Nixida Martiínez Ruiz, who would conceal them on behalf of Ramon Ortiz Santana, a.k.a. "Pito Nariz."

GUILLERMO GIL
United States Attorney

TRUE BILL

_[signature]_
Miguel A. Pereira
Assistant U.S. Attorney
Deputy Chief, Criminal Division

_[signature]_ FOREPERSON

_[signature]_
Carmen D. Colón
Special Assistant U.S. Attorney

Dated: November 22, 1998