ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL SUPERIOR
SALA DE PONCE
PROYECTO DC

| | |
|---|---|
| EL PUEBLO DE PUERTO RICO<br>vs.<br>ANGEL IRIZARRY CENTENO<br>Número Querella: _____<br>Fecha nacimiento: 18 marzo 1958<br>Lugar nacimiento: Ponce PR<br>Sexo: Masculino<br>Seguro Social: 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<br>Dirección: Repto. Valle Alegre<br>Calle Miguel Pou #10 Ponce PR<br>Licencia: _____<br>Señas: _____<br>Acusado(a) | CRIMINAL: JSC92G0462, 0463<br><br><br>SOBRE:<br><br>SUSTANCIAS CONTROLADAS ART. 401<br>Recalificado a Art. 404-A<br>Hechos: 4 septiembre 1992, Ponce PR |

### S E N T E N C I A

Llamado el caso para dictar sentencia, EL PUEBLO DE PUERTO RICO estuvo representado por el fiscal Edgar Delgado y el Lic. Alberto Colón Bermúdez en representación del acusado mencionado en epígrafe, quien estuvo presente.

El Tribunal, luego de haber declarado culpable al acusado del delito de imputado —el 3 de agosto de 1994— y no existiendo impedimento legal que aducir para demostrar que no procede dictar sentencia, lo condena a la pena de CINCO (5) AÑOS DE RECLUSION en cada caso, concurrente entre sí y concurrente con JLA92G0646, JLA93G0065, 0066 y consecutivo con JSC93G0576 —sin costas.

Se ordena que el sentenciado sea trasladado sin demora al cuidado de la Administración de Corrección y sea detenido hasta que cumpla con esta sentencia.

Se le ordena al Director del DTOP no expedir ni renovar licencia de clase alguna al sentenciado por el término de 5 años. (24 LPRA 2516)

En Ponce, Puerto Rico, a 26 de agosto de 1994.

ELIADIS ORSINI ZAYAS
Juez del Tribunal Superior

CERTIFICO que el texto que antecede constituye la sentencia recaída en el caso de epígrafe, constando el original en los autos del mismo.

En Ponce, Puerto Rico, a 29 de agosto de 1994.

PAULITA COLON RIVERA
Secretaria General

Por: _____
Secretaria Auxiliar

RECIBI la sentencia anterior por el sentenciado _____, el ___ de _____ de 1994 y dejé al sentenciado bajo la custodia del Alcaide de la Cárcel _____, quien firma.

ALCAIDE         CERTIFICACION         ALGUACIL

etm 26/8    CERTIFICO que la presente es copia fiel y exacta del original que obra en autos y expido la misma a petición de DEA

☐ previo el pago de derechos  ☒ para uso oficial libre de derechos

C.A. Torres
Secretario

Por _____
Sub-Secretario

22-10-98


EXHIBIT B

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL SUPERIOR
SALA DE PONCE
PROYECTO DC

| | |
|---|---|
| EL PUEBLO DE PUERTO RICO<br>vs.<br>ANGEL IRIZARRY CENTENO<br>Número Querella: _____<br>Fecha nacimiento: 18 marzo 1958<br>Lugar nacimiento: Ponce PR<br>Sexo: Masculino<br>Seguro Social: 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<br>Dirección: Repto. Valle Alegre<br>Calle Miguel Pou #10 Ponce PR<br>Licencia: _____<br>Señas: _____<br>Acusado(a) | CRIMINAL: JSC93G0576<br><br><br>SOBRE:<br><br><br>SUSTANCIAS CONTROLADAS ART. 404<br><br>Hechos: 23 julio 1993, Ponce PR |

## SENTENCIA

Llamado el caso para dictar sentencia, EL PUEBLO DE PUERTO RICO estuvo representado por el fiscal Edgar Delgado y el Lic. Alberto Colón Bermúdez en representación del acusado mencionado en epígrafe, quien estuvo presente.

El Tribunal, luego de haber declarado culpable al acusado del delito de imputado —el 3 de agosto de 1994— y no existiendo impedimento legal que aducir para demostrar que no procede dictar sentencia, lo condena a la pena de TRES (3) AÑOS DE RECLUSION, consecutivo con JLA92G0646, JLA93G0065, 0066 y JSC92G0462, 0463 —sin costas.

Se ordena que el sentenciado sea trasladado sin demora al cuidado de la Administración de Corrección y sea detenido hasta que cumpla con esta sentencia.

Se le ordena al Director del DTOP no expedir ni renovar licencia de clase alguna al sentenciado por el término de 5 años. (24 LPRA 2516)

En Ponce, Puerto Rico, a 26 de agosto de 1994.

ELIADIS ORSINI ZAYAS
Juez del Tribunal Superior

CERTIFICO que el texto que antecede constituye la sentencia recaída en el caso de epígrafe, constando el original en los autos del mismo.

En Ponce, Puerto Rico, a ___ de _agosto_ de 1994.

PAULITA COLON RIVERA
Secretaria General

Por: _____
Secretaria Auxiliar

RECIBI la sentencia anterior con el sentenciado _____, el ___ de _____ de 1994 y dejé al sentenciado bajo la custodia del Alcaide de la Cárcel _____, quien firma.

ALCAIDE

etm 26/8

CERTIFICACION
CERTIFICO que la presente es copia fiel y exacta del original que obra en autos y rápido la ... a petición de DEA

☐ previo el pago del derechos  ☒ para uso oficial libre de ...

C.A. Toppel

Por _____
Sub-Secretario

22-10-98

ALGUACIL