one-ounces of cocaine, because it was in two different occasions. And it was where? At Pampanos.

He also said that in one occasion he took the defendant, "Chamorro," to La Ceiba to go and pick up some firearms. He didn't went back with him and he didn't saw where he got that firearm from or those weapons, but he said that he left him at the Ceiba, and when he went back to Pampanos, the defendant came there with some guns, and he described what kind of guns. They were small, 14, I think he said, and he saw him having an argument at the drug point in Pampanos with another person that was selling drugs there.

Again, this is something that he shows with the evidence -- with the testimony of Samuel, that he had some control, that he had control of that drug point of Pampanos.

And what did he say? Why did he say that he needed to go to La Ceiba to pick up some firearms? Because he has some problems in a drug point regarding someone else that was selling there, and he testified as to that.

Ladies and gentlemen of the jury, I submit to you that we have presented -- the Government has presented enough evidence to you to show -- to prove beyond a reasonable doubt that the defendant, Angel Ortiz Centeno [sic], aka "Chamorro," was the distributor and was the

BARBARA DACHMAN, RPR, OCR

EXHIBIT D

1  owner of the drug point at Pampanos at two different

2  occasions, at the beginning from '92 to 93, and from -- at

3  the beginning of '97 up to October of '97.

4      And I submit to you that the Government has presented

5  with this testimony that there was a conspiracy to

6  distribute drugs at the Pampanos residential.

7      Thank you.

8          **THE COURT:** Thank you, counsel.

9      Mr. Del Toro.

10         **MR. DEL TORO:** Yes, your Honor.

11     May it please the Court?

12         **THE COURT:** You may.

13         **MR. DEL TORO:** Good evening, ladies and gentlemen

14 of the jury.  Good evening, Sister Counsel for the

15 Government.

16     Cases -- I try to put some, in order to make or

17 remember them well, there is a case in which the lions are

18 very repetitive in this case.  "El Leon" -- La Tasca del

19 Leon, Edwin Gutierrez, Samuel Arce Leon, "Licenciado" Leon,

20 and it happened in Ponce.  It's the "leones."  And there is

21 a lion that wanted to eat everybody.  His name is Jose Luis

22 Echevarria Muñoz.

23     You are the sole judges of the facts.  You are going

24 to decide this case on the evidence that is presented to

25 you.  You will be instructed by the Judge about the law.