Iriearry Centeno Angel
17035-069
U.S.P. Box 33
Terre Haute IN
47808

INMATE
IDENTIFICATION
CONFIRMED

Legal

CLERK'S O
U.S. District Co
Room 150, Federa
San Juan, Puerto
00918



The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

U.S. Penitentiary
Terre Haute, IN 47808
Date _____

PROCESSED
SEP 04 2008